ANTHONY POLLOK, RESPONDENT, *v.* JOHN S. SHULTZE, AS RECEIVER OF THE NOVELTY IRON WORKS.

*Liability of corporation for contracts of its directors.*

The president and vice-president of the Novelty Iron Works, having full authority to employ such persons, as, in their judgment, were necessary in and about the business of the company, and the company having resolved to enter upon the business of manufacturing water meters, of the kind invented by one Van Duzen, *held,* that it was within the scope of their authority to secure a patent in the name of Van Duzen, of his invention, and, for this purpose, to employ plaintiff to counsel and advise the company in relation to the said meter, and to obtain a patent therefor, and that the corporation were liable for his services, rendered in pursuance of such employment.

APPEAL from a judgment, entered in favor of plaintiff, on the report of a referee.

*John N. Whiting,* for the appellants.

*B. F. Lee,* for the respondents.

Opinion by DAVIS, P. J.

DANIELS and WESTBROOK, JJ., concurred.

Judgment affirmed.